# Exhibit 2



## MARY L. SWAIN
### BUTLER COUNTY CLERK OF COURTS

Z000101778

**SANMAR CORPORATION**
**C/O C T CORPORATION SYSTEM**
**4400 EASTON COMMONS WAY**
**SUITE 125**
**COLUMBUS, OH 43219**

Date:    May 14, 2026                              Case No. : CV 2026 05 1208
                 MATHEW FRANKLIN STEINMETZ JR vs. JOHN GEMRICH et al

### SUMMONS ON COMPLAINT BY CERTIFIED MAIL
### COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

To the above named party: You are hereby summoned to answer a complaint that has been filed against you in the Butler County Common Pleas Court by the plaintiff(s) named herein. A copy of the complaint is attached.

You are required to serve upon the plaintiff(s) attorney, or upon the plaintiff(s) if there is no attorney of record, a copy of your answer to the complaint within 28 days after receipt of this summons, exclusive of the day of service. The answer must be filed with this court within three days after service on Plaintiff's attorney.

The name and address of the plaintiff(s) attorney is as follows:

      PRO SE

If you fail to appear and defend, judgment by default may be taken against you for the relief demanded in the complaint.

**MARY L. SWAIN**
Butler County Clerk of Courts

*Mary L. Swain*

By: Sarah E. Tamboer
Deputy Clerk

GOVERNMENT SERVICES CENTER ● 315 HIGH STREET ● SUITE 550 ● HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
clerkofcourts.bcohio.gov