# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **MATHEW STEINMETZ, JR.,** ) | |
| ) | **Civil Action No. _____** |
| **Plaintiff,** ) | |
| ) | **Judge _____** |
| **v.** ) | |
| ) | |
| **JOHN GEMRICH DBA PRIDESTAFF** ) | |
| **(CINCINNATI NORTHWEST),** ) | |
| ) | |
| **and** ) | |
| ) | |
| **SANMAR CORPORATION.** ) | |
| ) | |
| **Defendants.** ) | |

## <u>DECLARATION OF CHANDA COOPER</u>

I, **Chanda Cooper**, declare as follows.

1.      I am currently employed by Defendant SanMar Corporation ("SanMar") as a Human Resources ("HR") Manager. In this role, I have personal knowledge of and/or access to the business records containing the information reflected in this Declaration, and have reviewed such records as applicable. I am competent to testify to the matters stated herein. I provide this Declaration in support of Defendants' Notice of Removal filed in the captioned case and for no other purpose.

2.      SanMar is a corporation organized under the laws of the State of Washington and maintains its headquarters in Issaquah, Washington.

3.      On or about April 28, 2026, I returned a voicemail that HR received from *Pro se* Plaintiff Mathew Steinmetz, Jr., concerning his previous temporary assignment at SanMar's distribution center in West Chester, Ohio. During that call, Plaintiff stated that he intended to file a formal complaint concerning that assignment and communicated a monetary settlement demand

to me of $150,000.00, and asked whether SanMar would be willing to "settle" the matter prior to him filing a complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15 day of June, 2026.

Chanda M Cooper (Jun 15, 2026 15:09:10 EDT)

CHANDA COOPER