# Exhibit 5

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

MATTHEW STEINMETZ,     )
            )
  **Plaintiff,**      )
            )
vs.           )
            )
**SANMAR CORPORATION,** *et al.,*  )
            )
  **Defendants.**     )

## DECLARATION OF ELLIOT MEME

I, Elliot Meme, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have personal knowledge of the matters set forth herein, and the statements contained herein are true and correct as follows:

1. I am currently a Sr. Claims Specialist at Pridestaff, Inc. ("Pridestaff"). I have served in this role since January 1, 2023.

2. Pridestaff is incorporated in California. It is a staffing solutions and recruitment firm that has office locations nationwide, some of which are operated by franchisees. Pridestaff's headquarters are located in Fresno, California.

3. In my role as Sr. Claims Specialist, I have access to information concerning Pridestaff's employment processes, and its relationship with its offices and franchisees, including relative to Pridestaff employees and their placement at Pridestaff clients.

4. John Gemrich ("Gemrich") is an individual who operates a franchise location and acts as a local Strategic-Partner for Pridestaff in West Chester, Ohio.

5. Gemrich is not a corporation, nor an employer of Pridestaff employees.

6. Plaintiff Matthew Steinmetz was an employee of Pridestaff, not Gemrich, during most of December of 2025 through the first part of January of 2026.

7.      During this time-period Plaintiff was placed at Defendant SanMar Corporation ("SanMar") which is a client of Pridestaff. Pridestaff paid Plaintiff a wage of $17.00 per hour for his placement at SanMar, where he was scheduled to work forty hours per week.

8.      After the conclusion of his placement at SanMar, Plaintiff was considered for a subsequent placement at a different client. However, that placement was ultimately determined to be unavailable to Plaintiff.

9.      Both before and at or around the time Plaintiff initiated this litigation, he made a written settlement demand of $150,000. Plaintiff later made a verbal settlement demand of $75,000 after initiating this litigation, which he subsequently withdrew.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of June, 2026.

_____
Elliot Meme