# Exhibit 6

**IN THE COURT OF COMMON PLEAS**
**BUTLER COUNTY, OHIO**

| | | |
|---|---|---|
| **MATHEW STEINMETZ, JR.,** | ) | **Case No. CV 2026 05 1208** |
| | ) | |
| **Plaintiff,** | ) | **Judge Kelly Heile** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOHN GEMRICH DBA PRIDESTAFF** | ) | |
| **(CINCINNATI NORTHWEST),** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **SANMAR CORPORATION.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on June 15, 2026, Defendants SanMar Corporation ("SanMar") and PrideStaff, Inc. (incorrectly named in the Complaint as "John Gemrich dba Pridestaff (Cincinnati Northwest)) (hereinafter "PrideStaff") (collectively "Defendants") filed in the United States District Court for the Southern District of Ohio (Western Division at Cincinnati) a Notice of Removal, a copy of which is attached hereto as **Exhibit A** and incorporated herein by reference, removing this case to federal court.

This Notice is being filed pursuant to 28 U.S.C. § 1446. Removal of this case from the Butler County Court of Common Pleas shall be and hereby is effected upon the filing of this Notice of Filing Notice of Removal. Upon such filing, the United States District Court for the Southern District of Ohio (Western Division at Cincinnati) shall acquire jurisdiction over this case and no further filings are necessary to effect removal.

Respectfully submitted:

/s/ Roland J. De Monte (approved 6/15/26)
Roland J. De Monte (0081129)
GORDON REES SCULLY MANUSKHANI, LLP
Key Tower
127 Public Square, Suite 5130
Cleveland, Ohio 44114
Telephone: (216) 302-2531
RDeMonte@grsm.com

*Counsel for Defendant PrideStaff, Inc.*

/s/ Anthony P. McNamara
Anthony P. McNamara (0093670)
JACKSON LEWIS P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
Telephone: (513) 898-0050
anthony.mcnamara@jacksonlewis.com

*Counsel for Defendant SanMar
Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June, 2026, a true and accurate copy of the foregoing Notice of Filing of Notice of Removal was filed via the Court's electronic filing system, and that a copy was also served upon the following via ordinary U.S. mail and/or email:

Mathew Steinmetz Jr.
224 Warwick Avenue
Hamilton, Ohio 45013
Mathewsteinmetz9@gmail.com

*Pro Se Plaintiff
(Via ordinary U.S. mail & e-mail)*

Roland J. De Monte
Gordon Rees Scully Mansukhani, LLP
Key Tower
127 Public Square, Suite 5130
Cleveland, Ohio 44114
RDeMonte@grsm.com

*Counsel for Defendant PrideStaff, Inc.
(Via e-mail)*

/s/ Anthony P. McNamara
Anthony P. McNamara

2