IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mathew Steinmetz, Jr., | : | Case No. 1:26-cv-594 |
| | : | |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | |
| v. | : | Order Denying Second Motion to Remand |
| | : | |
| SanMar Corporation, *et al*, | : | |
| | : | |
| Defendants. | : | |

Plaintiff Mathew Steinmetz's second Motion to Remand is pending before the Court. (Doc. 32.) The Court denied his first Motion to Remand in an Order dated September 8, 2026. (Doc. 30.) A district court can exercise federal question jurisdiction under 28 U.S.C. § 1331 over "all civil actions arising under the Constitution, laws, or treaties of the United States." Steinmetz's claim for violation of Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681b(b)(3), arises under a law of the United States. (Doc. 19 at PageID 199–200.) Therefore, the Court can exercise federal question jurisdiction over the FCRA claim under 28 U.S.C. § 1331 and supplemental jurisdiction over the Ohio law wrongful termination claim under 28 U.S.C. § 1367(a). Because the Court has subject matter jurisdiction on the face of the First Amended Complaint, the Court will not remand this action back to state court. Steinmetz's second Motion to Remand (Doc. 32) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge